## 46575. DUNAHOO v. THE STATE.

HALL, Presiding Judge. Defendant appeals from the order revoking his probation. The sole ground for the petition of revocation was that defendant had violated a condition of probation requiring him to maintain a conventional haircut.

We have held this type of condition to be invalid in the recent case of *Inman v. State,* 124 Ga. App. 190 (183 SE2d 413). It follows that the court is without power to revoke a probation based on a violation of an invalid condition.

*Judgment reversed with direction that the above condition be deleted from defendant's order of probation and that his probation be reinstated. Eberhardt and Whitman, JJ., concur.*
SUBMITTED SEPTEMBER 20, 1971—DECIDED SEPTEMBER 28, 1971.

*Glenn Zell,* for appellant.